FILED

AUG - 7

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2572-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| RUBEN SANAVIA-ARRELLANO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 10, 2008, within the Southern District of California, defendant RUBEN SANAVIA-ARRELLANO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that he was born on June 7, 1977, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: August 7, 2008.

KAREN P. HEWITT
United States Attorney

*Tara Stingley*
for CARLA J. BRESSLER
Assistant U.S. Attorney