AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG - 7

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RUBEN SANAVIA-ARRELLANO | CASE NUMBER: 08cr2572 W |

I, RUBEN SANAVIA-ARRELLANO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 False Statement to a Federal Officer ~~1326(a) and (b) Deported Alien Found in the United States~~ (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/7/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer